IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**S. R.**, *a minor child by and through his guardian Rae Andreacchio and as Wrongful Death Beneficiaries and as surviviors of Miranda Musgrove*  PLAINTIFF

V.  CAUSE NO. 3:19-CV-737-CWR-FKB

**SCOTT COUNTY, MISSISSIPPI**, *et al.*  DEFENDANTS

# ORDER

This cause is before the Court on its own motion.

Discovery in this matter has been stayed pending this Court's ruling on Defendant Sheriff Mike Lee's qualified immunity motion. There are several other pending motions in this matter. On November 20, 2019, the parties filed a Stipulation of Dismissal that dismissed Sheriff Lee without prejudice.

Based on review of the pending motions, the dismissal renders moot Sheriff Lee's Motion for Judgment on the Pleadings Based on Qualified Immunity [14] and Motion for Summary Judgment [16].

If the Plaintiff wishes to respond to the remaining motions, Docket Nos. 8 and 12, he is directed to file a response by February 7, 2020.

**SO ORDERED**, this the 23rd day of January, 2020.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE