<u>**THIS IS A LEGAL NOTICE. IMMEDIATE ACTION MAY BE REQUIRED TO PROTECT YOUR RIGHTS**</u>

December 20, 2018

To:  Scott County, Mississippi           Scott County Sheriff Department
     c/o Chancery Clerk                  c/o Mike Lee
     Post Office Box 630                 530 Airport Rd
     Forest, MS 39074                    Forest, MS 39074

Claimant:  Addalyn Adcock and Shelton Rives as Wrongful Death Beneficiaries and on behalf of the estate of Miranda Brook Musgrove

Re:  Notice of Claim Pursuant to Mississippi Tort Claims Act (MISS. CODE ANN. § 11-46-11)

Dear Sir/Madam:

This letter is a formal notice of a claim against you, a governmental entity for which you are the chief executive officer or named in your individual capacity as a representative of said agency (hereinafter, "Defendants"). This claim is governed by the Mississippi Tort Claims Act (MISS. CODE ANN. § 11-46-11). As required by The Act, this letter hereby serves to provide sufficient notice to you and your representatives, officials and/or agents of a pending claim which may form the basis of a lawsuit. The Mississippi Tort Claims Act requires that the claimant send a Notice of Claim to the governmental entity at least ninety (90) days before initiating any such lawsuit. This letter satisfies that requirement and begins the ninety-day waiting period for the filing of such a lawsuit.

You are hereby directed to preserve any and all audio and video recordings, as well as all other evidence and documents regarding the incidents complained of herein.

### NOTICE TO PRESERVE EVIDENCE

<u>**You are hereby directed to preserve any and all audio and video recordings, as well as all other evidence and documents regarding the incidents complained of herein. Including, but not limited to, audio recordings of all meetings.**</u>

**Statement of Facts Upon Which the Claim is Based:**

**A.     Narrative of damages.**

**EXHIBIT A**

On July 10, 2018 at approximately 7:23 p.m. a neighbor called 911 to report a disturbance at a home in Scott County, Mississippi. Miranda Musgrove was at the neighbor's home asking for help. When Scott County deputies arrived on scene, deputies began to harass and question Ms. Musgrove and Shelia Matthews (occupant of the home where the disturbance was reported). Upon information and belief, the interrogation and questioning lasted in excess of an hour, in addition to elapsed time before the officers' arrival. During this time, Ms. Musgrove was in the presence of Scott County deputies.

Ms. Musgrove informed the deputies that she had been drugged against her will by persons "setting her up." The deputies harassed and yelled at Ms. Musgrove apparently believing that Ms. Musgrove had purposefully ingested narcotics. Upon arrival at the scene, deputies reported that Ms. Musgrove was foaming at the mouth and acting erratic and incoherent. According to videos of the incident, Ms. Musgrove repeatedly asked the officer not to let her die.

Ms. Musgrove repeatedly asked the officers for help. An ambulance was called to the scene, but no action was taken to examine or check on Ms. Musgrove's medical condition. The officers continued to harass Ms. Musgrove, even threatening to taze Ms. Musgrove in her face during the interaction.

Ms. Musgrove was eventually placed in a patrol car where the officers completely ignored Ms. Musgrove. The officers, despite knowing that Ms. Musgrove was in distress, did not check on Ms. Musgrove while she was in the patrol car. The officers took over an hour to get Ms. Musgrove to the jail. Upon arrival, Ms. Musgrove was non-responsive. Instead of immediately taking Ms. Musgrove to the hospital, jail personnel slowly and with no sense or urgency, placed Ms. Musgrove into a chair and called an ambulance. Ms. Musgrove was later pronounced dead from an apparent drug overdose.

Defendants and their employees, recklessly and with a conscious disregard for the rights and safety of Ms. Musgrove, failed to provide medical care for Ms. Musgrove while she was detained and unable to leave the custody of the Defendants. Defendants had an affirmative duty to provide necessary medical care to Ms. Musgrove which would have prevented Ms. Musgrove's untimely and wrongful death.

This claim is for wrongful death, economic damages, personal injuries, emotional distress, constitutional deprivations and other potential losses and damages suffered by Miranda Musgrove and brought by her estate, beneficiaries and heirs.

**B.     Extent of damages and/or injuries.**

The damages caused by the aforementioned incident(s) can be summarized as follows:

Ms. Musgrove suffered severe emotional distress, anxiety, stress, pain/suffering, and loss of enjoyment of life as a result of Defendants' actions. In addition, Ms. Musgrove has lost wages and earning capacity due to her untimely and wrongful death caused by the Defendants. Ms. Musgrove's beneficiaries assert all damages and claims available to her under Mississippi's wrongful death statute, including negligence, gross negligence, reckless disregard, failure to

retain/supervise, conspiracy, outrage, negligent supervision, negligent maintenance, infliction of emotional distress, malfeasance, loss of community, medical malpractice, loss of consortium and negligent training. Claimants further assert all survival claims and damages available under Mississippi and federal law for Defendants' wrongful actions, as complained of herein.

Based upon the facts known at this time, Claimant will also seek to file claims pursuant to federal and constitutional law violations. Claimant reserves the right to immediately file said claims under federal law. Investigation is ongoing, and Claimant reserves the right to revise and supplement the claims made herein.

**C.    Time and place of damages and/or injuries.**

The incident which forms the basis of this claim occurred between July 10, 2018 and July 12, 2018 in Scott County, Mississippi.

**D.    Names of all persons known to be involved.**

The following is a list of all persons known to be involved with this claim, including any and all persons involved at the time of the damages and/or injuries, as well as all persons involved in any communications or discussions resulting from the claim:

1. Zac Holland
2. Cody May
3. Michael McCarty
4. Jason Lasiter
5. Judy Evans
6. Kelly Danos
7. Shelia Matthews
8. Charlie Matthews
9. Currently unknown County Employees
10. Currently unknown Life Care employees
11. Cindy Lasiter
12. Charles Jones
13. Mike Lee

**E.    Amount of money damages sought in this claim.**

As a result of the damages and personal injuries suffered by the claimant, Claimant is seeking Five Million Five Hundred Thousand Dollars ($5,500,000) in monetary damages.

**F.    Residency of the claimant(s) at the time of the damages and/or injuries and at the time of the Notice of Claim.**

At the time of the damages and injuries which serve as the basis for this claim claimant was a resident of Scott County, Mississippi.

This Notice of Claim is in compliance with all requirements of MISS. CODE ANN. § 11-

46-11 and subsequent interpretations of that law by the courts of Mississippi. Beginning ninety (90) days following the receipt of this Notice of Claim, the claimant may file a complaint in the court of competent jurisdiction seeking remedies for this claim.

Signed,

_____
Daniel M. Waide, Attorney for Claimant(s)

Daniel M. Waide, (MSB#103543)
Johnson, Ratliff & Waide, PLLC
1300 HARDY ST.
PO BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net