# EXHIBIT D
# HOLLAND BODY CAM VIDEOS
# BEING FILED CONVENTIONALLY