# SCOTT COUNTY SHERIFF'S DEPT
# SHERIFF, MIKE LEE

530 AIRPORT RD.
FOREST, MS 39074

# CAD EVENT
# Detail Page

| Print Date: 08/01/2018 | Event #: 1807100038 |

| Date: 07/10/2018 | Day: Tuesday | Time: 19:23:26 | Dispatcher ID: MK | Agency: SCOTT |
| Beat: | Sector: | District: | Incident #: 18001722 | |

Location: 723 MORTON -RANKIN CO LI RD

## REPORTING PARTY INFORMATION

| Name: LASITER, JASON | Phone: 601 940-0664 |
| Location: 723 MORTON -RANKIN CO LI RD | Req Contact: N | Disp. ID: MK |

## CALL DETAILS

Call Type: 10-39   DISTURBANCE                                   Priority: 0

Description:
Caller is going to be at 671 Morton Rankin County Line Road. Caller advised that a femlae subject that had a baby in her had and said that she needed a deputy. The caller said that the femlae subject wasnt making a lot of since she kept saying that there was a disturbance going on at the address above and that someone was trying to mess with her baby. The caller said that he tried to get the lady to stay at his house until a deputy got there but she wanted to go back over to the residence where the disturbance was going on at. The caller advised that he would lioke to speak with a deputy he will be outside in the yard.

Disposition: CLR    CLEAR
Comments: AT 20:16 SO-26 CALLED OVER RADIO TO CONTACT DHS AND HAVE THEM CONTACT THE DHS WORKER ON CALL AND HAVE THAT PERSON CALL HIM ON HIS CELLPHONE. 20:32:31: FINALLY MADE CONTACT AND THEY TOOK INFO DOWN AND ADVISED THEY WOULD GET IN CONTACT WITH THE ON CALL SOCIAL WORKER AND PASS THIS INFO ALONG. SO-26 WAS NOTIFIED. R.H.
21:53:56: SO-26 ADVISED TO LOG DOWN THAT RBG416 IS THE GRANDMOTHER AND SHE IS IN POSSESSION OF THE CHILD AND IS ENR BACK TO RANKIN COUNTY. ADULT FEMALE IS 10-15 J3 COMING TO JAIL. R.H.
23:08 SO-26 CALLED AND REQUESTED FOR ME TO CONTINUE TO CALL JUDITH EVANS AT 601-502-3698, AND ADVISE HER THAT MIRANDA BROOKE MUSGROVE WAS TRANSPORTED TO JAIL AND UPON ARRIVAL, AN AMBULANCE WAS SUMMONED WHERE SHE WAS TRANSPORTED TO LACKEY HOSPITAL IN FOREST. AND THAT SHE AND FAMILY MEMBERS WILL NEED TO COME TO LACKEY HOSPITAL E.R. (AFTER ATTEMPTING SEVERAL TIMES, AND LEAVING A VOICEMAIL, I HAD NEGATIVE CONTACT.) R.H.
23:21:53: PER SO-26, BRANDON PD WAS ASKED TO SEND A BRANDON PD UNIT TO THE GRANDMOTHER'S RESD JUDITH EVANS AT 206 PROVONCE PARK IN BRANDON TO MAKE CONTACT WITH HER AND HAVE HER CONTACT SCOTT S.O. IN REF TO HER DAUGHTER. R.H.
23:24:28: JUDITH EVANS CALLED IN, WAS ADVISED, AND THAT THEY NEED TO COME TO LACKEY HOSPITAL IN FOREST. SHE ADVISED SHE WOULD SEE WHAT SHE COULD DO. SO-26 WAS NOTIFIED. R.H.

| Unit ID | Unit Status | Status Time | Comment / Location | Officer #1 / 2 | Vehicle ID | Dispatch ID |
|---|---|---|---|---|---|---|
| 1084 | D | 07/10/2018 19:27:38 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1084 | EN | 07/10/2018 19:27:39 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1084 | A | 07/10/2018 19:38:04 | 723 MORTON -RANKIN CO LI RD | | | RH |
| Z405 | D | 07/10/2018 19:45:32 | 723 MORTON -RANKIN CO LI RD | | | MK |
| Z405 | EN | 07/10/2018 19:45:33 | 723 MORTON -RANKIN CO LI RD | | | MK |

Printed By/On: MMCCRA / 08/01/2018 14:12:46
CrimeStar® Computer Aided Dispatch System
Licensed to: SCOTT COUNTY MS SHERIFFS DEPARTMENT

EXHIBIT A

CLT-MUSGROVE-000001

p.31

| Unit ID | Unit Status | Status Time | Comment / Location | Officer #1 / 2 | Vehicle ID | Dispatch ID |
|---|---|---|---|---|---|---|
| MORTO | D | 07/10/2018 19:46:24 | 723 MORTON -RANKIN CO LI RD | | | MK |
| 1051 | A | 07/10/2018 19:59:43 | 723 MORTON -RANKIN CO LI RD | | | RH |
| Z405 | A | 07/10/2018 20:02:45 | 723 MORTON -RANKIN CO LI RD | | | MK |
| MORTO | F | 07/10/2018 20:13:01 | FREE FROM EVENT # 1807100038 | | | MK |
| 1051 | RL | 07/10/2018 20:16:55 | REQUEST DHS WORKER<br>723 MORTON -RANKIN CO LI RD | | | RH |
| Z405 | CL | 07/10/2018 20:36:58 | 723 MORTON -RANKIN CO LI RD | | | MK |
| 1064 | RL | 07/10/2018 21:00:07 | RGC713<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | T | 07/10/2018 21:00:51 | RGC713<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | RL | 07/10/2018 21:01:28 | J3X1FEM 59X1JUV BM 97219<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 21:02:00 | ENR W SO-36<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 21:53:47 | RBG415<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | RL | 07/10/2018 21:54:40 | J3X1 FEM BM 97220 ENR TO JAIL<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | CL | 07/10/2018 21:58:45 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | A | 07/10/2018 22:13:39 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | RL | 07/10/2018 22:13:51 | EM 97237 OUT JAIL<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | RL | 07/10/2018 22:19:00 | 26 REQ EMS TO JAIL<br>723 MORTON -RANKIN CO LI RD | | | RH |
| Z902 | D | 07/10/2018 22:19:17 | 723 MORTON -RANKIN CO LI RD | | | MK |
| Z902 | EN | 07/10/2018 22:19:17 | 723 MORTON -RANKIN CO LI RD | | | MK |
| Z902 | RL | 07/10/2018 22:19:32 | ERN TO JAIL FOR MEDICAL<br>723 MORTON -RANKIN CO LI RD | | | MK |
| Z902 | A | 07/10/2018 22:27:09 | 723 MORTON -RANKIN CO LI RD | | | MK |
| 1064 | RL | 07/10/2018 22:33:40 | ESCORTING 902 TO LACKEY<br>723 MORTON -RANKIN CO LI RD | | | RH |
| Z902 | T | 07/10/2018 22:41:48 | ERN TO JAIL FOR MEDICAL<br>723 MORTON -RANKIN CO LI RD | | | MK |
| Z902 | RL | 07/10/2018 22:42:11 | LACKEY FULL CODE<br>723 MORTON -RANKIN CO LI RD | | | MK |
| Z902 | A | 07/10/2018 22:43:56 | 723 MORTON -RANKIN CO LI RD | | | MK |
| 1064 | RL | 07/10/2018 22:44:07 | OUT LACKEY<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | A | 07/10/2018 22:44:14 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 22:44:24 | OUT LACKEY<br>723 MORTON -RANKIN CO LI RD | | | RH |

Printed By/On: MIACCRA / 08/01/2018 14:12:46
CrimeStar© Computer Aided Dispatch System
Licensed to: SCOTT COUNTY MS SHERIFFS DEPARTMENT

p. 32

EXHIBIT A

CLT-MUSGROVE-000002



| Unit ID | Unit Status | Status Time | Comment / Location | Officer #1 / 2 | Vehicle ID | Dispatch ID |
|---|---|---|---|---|---|---|
| 1051 | RL | 07/10/2018 22:58:30 | SCOTT NOTIFIED<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 22:58:59 | SCOTT 2 NOTIFIED<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 22:59:08 | SCOTT 1 NOTIFIED<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 22:59:19 | SCOTT 3 NOTIFIED.<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 22:59:36 | INVESTIGATORS ENR<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1020 | D | 07/10/2018 23:06:36 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1020 | EN | 07/10/2018 23:06:37 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1020 | RL | 07/10/2018 23:07:58 | ENR TO LACKEY<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | D | 07/10/2018 23:10:57 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | EN | 07/10/2018 23:10:58 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | RL | 07/10/2018 23:11:16 | BM 132252 ENR LACKEY<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1020 | A | 07/10/2018 23:13:51 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1020 | RL | 07/10/2018 23:14:02 | OUT LACKEY<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1001 | A | 07/10/2018 23:15:59 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1001 | RL | 07/10/2018 23:16:07 | OUT LACKEY<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | A | 07/10/2018 23:18:17 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | RL | 07/10/2018 23:18:26 | OUT LACKEY<br>723 MORTON -RANKIN CO LI RD | | | RH |
| Z902 | CL | 07/10/2018 23:37:26 | 723 MORTON -RANKIN CO LI RD | | | MK |
| 1020 | RL | 07/11/2018 00:13:18 | REQ CORONER TO LACKEY<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1066 | D | 07/11/2018 00:14:44 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1066 | RL | 07/11/2018 00:15:02 | DISPATCHED TO LACKEY<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1066 | EN | 07/11/2018 00:23:34 | 723 MORTON -RANKIN CO LI RD | | | MK |
| 1001 | CL | 07/11/2018 00:26:00 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | CL | 07/11/2018 00:28:42 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | CL | 07/11/2018 00:28:48 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | RL | 07/11/2018 00:33:27 | CONTACTED MBI<br>723 MORTON -RANKIN CO LI RD | | | RH |
| 1066 | A | 07/11/2018 00:35:21 | 723 MORTON -RANKIN CO LI RD | | | MK |

Printed By/On: MMCCRA / 08/01/2018 14:12:48
CrimeStar® Computer Aided Dispatch System
Licensed to: SCOTT COUNTY MS SHERIFFS DEPARTMENT

p. 33


EXHIBIT A

CLT-MUSGROVE-000003

| Unit ID | Unit Status | Status Time | Comment / Location | Officer #1 / 2 | Vehicle ID | Dispatch ID |
|---|---|---|---|---|---|---|
| 1020 | CL | 07/11/2018 02:01:11 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | CL | 07/11/2018 02:01:18 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | A | 07/11/2018 03:11:45 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | RL | 07/11/2018 03:11:57 | BACK OUT LACKEY 723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | A | 07/11/2018 03:33:39 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/11/2018 03:33:50 | OUT LACKEY 723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | A | 07/11/2018 03:33:58 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | RL | 07/11/2018 03:34:08 | OUT LACKEY 723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | CL | 07/11/2018 03:59:34 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | CL | 07/11/2018 03:59:41 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | CL | 07/11/2018 04:56:21 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1066 | CL | 07/11/2018 05:07:20 | 723 MORTON -RANKIN CO LI RD | | | MK |

# SHERIFF MIKE LEE
# SCOTT COUNTY SHERIFF'S OFFICE

530 AIRPORT RD.
FOREST, MS 39074

# CAD EVENT
# Detail Page

| | |
|---|---|
| Print Date: | 07/11/2018 |
| Event #: | 1807100038 |

| Date: 07/10/2018 | Day: Tuesday | Time: 19:27:38 | Dispatcher ID: MK | Agency: SCOTT |
|---|---|---|---|---|
| Beat: | Sector: | District: | Incident #: 18001722 | |

Address: 723 MORTON -RANKIN CO LI RD
Location: 723 MORTON -RANKIN CO LI RD
City: Morton    County: 01

## REPORTING PARTY INFORMATION

| Name: LASITER, JASON // | | Phone: 601 940-0664 | |
|---|---|---|---|
| Location: 723 MORTON -RANKIN CO LI RD | | Req Contact: N | Disp. ID: MK |

## CALL DETAILS

Call Type: 10-39   DISTURBANCE     Priority: 0

**Description:**
Caller is going to be at 671 Morton Rankin County Line Road. Caller advised that a femlae subject that had a baby in her had and said that she needed a deputy. The caller said that the femlae subject wasnt making a lot of since she kept saying that there was a disturbance going on at the address above and that someone was trying to mess with her baby. The caller said that he tried to get the lady to stay at his house until a deputy got there but she wanted to go back over to the residence where the disturbance was going on at. The caller advised that he would lioke to speak with a deputy he will be outside in the yard.

**Disposition:**
**Comments:** AT 20:16 SO-26 CALLED OVER RADIO TO CONTACT DHS AND HAVE THEM CONTACT THE DHS WORKER ON CALL AND HAVE THAT PERSON CALL HIM ON HIS CELLPHONE. 20:32:31; FINALLY MADE CONTACT AND THEY TOOK INFO DOWN AND ADVISED THEY WOULD GET IN CONTACT WITH THE ON CALL SOCIAL WORKER AND PASS THIS INFO ALONG. SO-26 WAS NOTIFIED. R.H.
21:53:56: SO-26 ADVISED TO LOG DOWN THAT RBG415 IS THE GRANDMOTHER AND SHE IS IN POSSESSION OF THE CHILD AND IS ENR BACK TO RANKIN COUNTY. ADULT FEMALE IS 10-15 J3 COMING TO JAIL. R.H.
23:06 SO-26 CALLED AND REQUESTED FOR ME TO CONTINUE TO CALL JUDITH EVANS AT 601-502-3698, AND ADVISE HER THAT MIRANDA BROOKE MUSGROVE WAS TRANSPORTED TO JAIL AND UPON ARRIVAL, AN AMBULANCE WAS SUMMONED WHERE SHE WAS TRANSPORTED TO LACKEY HOSPITAL IN FOREST. AND THAT SHE AND FAMILY MEMBERS WILL NEED TO COME TO LACKEY HOSPITAL E.R.. (AFTER ATTEMPTING SEVERAL TIMES, AND LEAVING A VOICEMAIL, I HAD NEGATIVE CONTACT.) R.H.
23:21:53: PER SO-26, BRANDON PD WAS ASKED TO SEND A BRANDON PD UNIT TO THE GRANDMOTHER'S RESD JUDITH EVANS AT 206 PROVONCE PARK IN BRANDON TO MAKE CONTACT WITH HER AND HAVE HER CONTACT SCOTT S.O. IN REF TO HER DAUGHTER. R.H.
23:24:28: JUDITH EVANS CALLED IN, WAS ADVISED, AND THAT THEY NEED TO COME TO LACKEY HOSPITAL IN FOREST. SHE ADVISED SHE WOULD SEE WHAT SHE COULD DO. SO-26 WAS NOTIFIED. R.H.

| Unit ID | Unit Status | Status Time | Comment / Location | Officer #1 / 2 | Vehicle ID | Dispatch ID |
|---|---|---|---|---|---|---|
| 1064 | D | 07/10/2018 19:27:38 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | EN | 07/10/2018 19:27:39 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1064 | A | 07/10/2018 19:38:04 | 723 MORTON -RANKIN CO LI RD | | | RH |
| Z405 | D | 07/10/2018 19:45:32 | 723 MORTON -RANKIN CO LI RD | | | MK |

CrimeStar© Computer Aided Dispatch System
Licensed to: SCOTT COUNTY MS SHERIFFS DEPARTMENT

Page: 1
Version: 6.10

EXHIBIT A

p. 35

CLT-MUSGROVE-000005

| | | | Comment/Location | Officer #1/2 Vehicle ID | Dispatch ID |
|---|---|---|---|---|---|
| Z405 | EN | 07/10/2018 19:45:33 | 723 MORTON -RANKIN CO LI RD | | MK |
| MORTO | D | 07/10/2018 19:46:24 | 723 MORTON -RANKIN CO LI RD | | MK |
| 1051 | A | 07/10/2018 19:59:43 | 723 MORTON -RANKIN CO LI RD | | RH |
| Z405 | A | 07/10/2018 20:02:45 | 723 MORTON -RANKIN CO LI RD | | MK |
| MORTO | F | 07/10/2018 20:13:01 | FREE FROM EVENT # 1807100038 | | MK |
| 1051 | RL | 07/10/2018 20:16:55 | REQUEST DHS WORKER 723 MORTON -RANKIN CO LI RD | | RH |
| Z405 | CL | 07/10/2018 20:36:58 | 723 MORTON -RANKIN CO LI RD | | MK |
| 1064 | RL | 07/10/2018 21:00:07 | RGC713 723 MORTON -RANKIN CO LI RD | | RH |
| 1064 | T | 07/10/2018 21:00:51 | RGC713 723 MORTON -RANKIN CO LI RD | | RH |
| 1064 | RL | 07/10/2018 21:01:26 | J3X1FEM 59X1JUV BM 97219 723 MORTON -RANKIN CO LI RD | | RH |
| 1051 | RL | 07/10/2018 21:02:00 | ENR W SO-36 723 MORTON -RANKIN CO LI RD | | RH |
| 1051 | RL | 07/10/2018 21:53:47 | RBG415 723 MORTON -RANKIN CO LI RD | | RH |
| 1064 | RL | 07/10/2018 21:54:40 | J3X1 FEM BM 97220 ENR TO JAIL 723 MORTON -RANKIN CO LI RD | | RH |
| 1051 | CL | 07/10/2018 21:58:45 | 723 MORTON -RANKIN CO LI RD | | RH |
| 1064 | A | 07/10/2018 22:13:39 | 723 MORTON -RANKIN CO LI RD | | RH |
| 1064 | RL | 07/10/2018 22:13:51 | EM 97237 OUT JAIL 723 MORTON -RANKIN CO LI RD | | RH |
| 1064 | RL | 07/10/2018 22:19:00 | 26 REQ EMS TO JAIL 723 MORTON -RANKIN CO LI RD | | RH |
| Z902 | D | 07/10/2018 22:19:17 | 723 MORTON -RANKIN CO LI RD | | MK |
| Z902 | EN | 07/10/2018 22:19:17 | 723 MORTON -RANKIN CO LI RD | | MK |
| Z902 | RL | 07/10/2018 22:19:32 | ERN TO JAIL FOR MEDICAL 723 MORTON -RANKIN CO LI RD | | MK |
| Z902 | A | 07/10/2018 22:27:08 | 723 MORTON -RANKIN CO LI RD | | MK |
| 1064 | RL | 07/10/2018 22:33:40 | ESCORTING 902 TO LACKEY 723 MORTON -RANKIN CO LI RD | | RH |
| Z902 | T | 07/10/2018 22:41:48 | ERN TO JAIL FOR MEDICAL 723 MORTON -RANKIN CO LI RD | | MK |
| Z902 | RL | 07/10/2018 22:42:11 | LACKEY FULL CODE 723 MORTON -RANKIN CO LI RD | | MK |
| Z902 | A | 07/10/2018 22:43:56 | 723 MORTON -RANKIN CO LI RD | | MK |
| 1064 | RL | 07/10/2018 22:44:07 | OUT LACKEY 723 MORTON -RANKIN CO LI RD | | RH |
| 1051 | A | 07/10/2018 22:44:14 | 723 MORTON -RANKIN CO LI RD | | RH |

CrimeStar® Computer Aided Dispatch System
Licensed to: SCOTT COUNTY MS SHERIFFS DEPARTMENT

Page: 2
Version: 5.10

p. 36

EXHIBIT A   CLT-MUSGROVE-000006

| Unit ID | Unit Status | Status Time | Comments / Location | Officer # / Z | Vehicle ID | Dispatch ID |
|---|---|---|---|---|---|---|
| 1051 | RL | 07/10/2018 22:44:24 | OUT LACKEY / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 22:58:30 | SCOTT NOTIFIED / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 22:58:59 | SCOTT 2 NOTIFIED / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 22:59:08 | SCOTT 1 NOTIFIED / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 22:59:19 | SCOTT 3 NOTIFIED. / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | RL | 07/10/2018 22:59:36 | INVESTIGATORS ENR / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1020 | D | 07/10/2018 23:06:36 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1020 | EN | 07/10/2018 23:06:37 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1020 | RL | 07/10/2018 23:07:58 | ENR TO LACKEY / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | D | 07/10/2018 23:10:57 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | EN | 07/10/2018 23:10:58 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | RL | 07/10/2018 23:11:16 | BM 132252 ENR LACKEY / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1020 | A | 07/10/2018 23:13:51 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1020 | RL | 07/10/2018 23:14:02 | OUT LACKEY / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1001 | A | 07/10/2018 23:15:59 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1001 | RL | 07/10/2018 23:16:07 | OUT LACKEY / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | A | 07/10/2018 23:18:17 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | RL | 07/10/2018 23:18:26 | OUT LACKEY / 723 MORTON -RANKIN CO LI RD | | | RH |
| Z902 | CL | 07/10/2018 23:37:26 | 723 MORTON -RANKIN CO LI RD | | | MK |
| 1020 | RL | 07/11/2018 00:13:18 | REQ CORONER TO LACKEY / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1066 | D | 07/11/2018 00:14:44 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1066 | RL | 07/11/2018 00:15:02 | DISPATCHED TO LACKEY / 723 MORTON -RANKIN CO LI RD | | | RH |
| 1066 | EN | 07/11/2018 00:23:34 | 723 MORTON -RANKIN CO LI RD | | | MK |
| 1001 | CL | 07/11/2018 00:26:00 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1084 | CL | 07/11/2018 00:28:42 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1051 | CL | 07/11/2018 00:28:48 | 723 MORTON -RANKIN CO LI RD | | | RH |
| 1050 | RL | 07/11/2018 00:33:27 | CONTACTED MBI / 723 MORTON -RANKIN CO LI RD | | | RH |

CrimeStar® Computer Aided Dispatch System
Licensed to: SCOTT COUNTY MS SHERIFFS DEPARTMENT

Page: 3
Version: 5.10

EXHIBIT A

CLT-MUSGROVE-000007

p. 37

| 1068 | A | 07/11/2018 00:35:21 | 723 MORTON -RANKIN CO LI RD | MK |

CrimeStar® Computer Aided Dispatch System
Licensed to: SCOTT COUNTY MS SHERIFFS DEPARTMENT



Page: 4
Version: 5.10
CLT-MUSGROVE-000008

p. 38