TIMELINE DERIVED FROM EXHIBITS AND BODY CAMERA

07-10-2018

| | |
|---|---|
| **07:23 p.m.** | – Dispatch receives a call for service at 671 Morton County Line Road |
| 07:38 | - Deputy Holland arrives on scene and encounters the Plaintiff |

APPROXIMATE TIMES BASED ON BOAD CAMERA

| | |
|---|---|
| 07:40 | - Ms. Musgrove asks Holland for help |
| 07:41 | - Ms. Musgrove tells Holland that [Charlie] gave her something |
| 03:42 | – Ms. Musgrove asserts "He did this to me" |
| 07:43 | – Ms. Musgrove again says "I need help" |
| 07:44 | – Ms. Musgrove says that she got something to drink and then started feeling "this way" |
| 07:45 | – Ms. Musgrove says that "Charlie" set her up – affirms that she has not smoked anything |
| 07:46 | – Ms. Musgrove tells everyone that she does not feel good |
| 07:48 | - Ms. Musgrove tells the officer that someone gave her a drink and she started feeling bad |
| 07:51 | – Deputy Holland notes that Ms. Musgrove is sweating, foaming at the mouth, and jerking. Ms. Musgrove tells the deputy that she does not feel good . Deputy Holland and Ms. Musgrove discuss the possibility that someone put meth in her drink |
| 07:53 | – Ms. Musgrove asks Deputy Holland for help |
| 07:56 | – Ms. Musgrove asks Deputy Holland to help her, to save her – save her baby girl  Ms. Musgrove again asks for help |
| 07:57 | – Ms. Musgrove is erratic and foaming at the mouth |
| 07:59 | – Deputy Coty May arrives on scene |
| 08:00 | – Ms. Musgrove reports that he [Charlie] gave her a drink and that she does not feel good |
| 08:02 | – Paramedics arrive  Deputy May winks at the paramedics with a smile on his face while Ms. Musgrove tries to explain her situation |
| 08:03 | - Paramedic says Ms. Musgrove is hyperventilating |
| 08:04 | – Paramedics note that Ms. Musgrove is hyperventilating |

**EXHIBIT B**

|       |                                                                                                                                                                                                                                                                                                                 |
|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | Ms. Musgrove tells everyone present that she does not feel good                                                                                                                                                                                                                                                  |
|       | Ms. Musgrove tells everyone present that there was something in her drink                                                                                                                                                                                                                                        |
| 08:06 | – Ms. Musgrove tells everyone that he [Charlie] did this to her<br>Everyone agrees that a substance is causing Ms. Musgrove's erratic behavior and foaming at the mouth<br>Ms. Musgrove says she was setup                                                                                                        |
| 08:07 | – Ms. Musgrove say she cannot drive and does not feel good<br>Deputy Holland says "1015" which means that Ms. Musgrove is being taken into custody<br>Deputy May says that Ms. Musgrove can go to jail or the hospital                                                                                            |
| 08:08 | – Deputy May threatens to seriously hurt Ms. Musgrove is she does not quit "snatching"<br><br>Deputy May places handcuffs on Ms. Musgrove after Ms. Musgrove accuses Deputy May of screwing her over<br><br>Deputies begin threating to tale Ms. Musgrove's daughter away<br><br>Ms. Musgrove asks to ride with the deputies to take her daughter home |
| 08:09 | – Deputy May gets in Ms. Musgrove's face                                                                                                                                                                                                                                                                         |
| 08:14 | – Paramedics acknowledge that Ms. Musgrove needs a hospital and bloodwork to determine what's wrong<br><br>Deputy Holland threatens to taze Ms. Musgrove in the face                                                                                                                                              |
| 08:15 | – Deputy May threatens to have DHS take Ms. Musgrove's child away                                                                                                                                                                                                                                                |
| 08:19 | - Ms. Musgrove screams about "them" allowing [Charlie] to put something in her drink                                                                                                                                                                                                                             |
| 08:21 | - Ms. Musgrove says I'm about to fall out, "Please don't let me die" Please don't let me die like her dad did                                                                                                                                                                                                     |
| 08:22 | – Ms. Musgrove discusses him [Charlie] putting something in her drink                                                                                                                                                                                                                                            |
| 08:23 | - Deputy May fires his tazer at Ms. Musgrove (no contact made)                                                                                                                                                                                                                                                   |
| 08:24 | – Witness on scene admits to not knowing what happened to Ms. Musgrove or why she is acting the way she is acting.                                                                                                                                                                                               |
| 08:25 | – Deputy Holland admits that meth doesn't usually affect someone like Ms. Musgrove that way                                                                                                                                                                                                                      |
| 09:00 | - Deputies travel to meet Ms. Musgrove's grandmother in a parking lot on Hwy 80                                                                                                                                                                                                                                  |
| 09:53 | - Deputy Holland leaves Ms. Musgrove's daughter with her grandmother and is en route to the Scott County jail                                                                                                                                                                                                    |

**EXHIBIT B**

| | |
|---|---|
| 10:13 | - Deputy Holland arrives at the jail with Ms. Musgrove where Ms. Musgrove is found to be non-responsive and barely breathing |
| 10:25 | - Ambulance arrives at the jail |
| 10:40 | - Ambulance departs jail to transport Ms. Musgrove to hospital |
| 10:43 | - Ms. Musgrove is transported to Lackey Memorial Hospital by ambulance |

**07-11-2018**

12:11 a.m.      - Ms. Musgrove is pronounced dead

EXHIBIT B