# SCOTT COUNTY SHERIFF
# SHERIFF MIKE LEE

Crime / Incident (Primary, Secondary, Tertiary)
**67-3-13SA Alcohol Poss Small Amnt w/Other Charge**

| Page | 1 | Case No. | 18001722 | | |
|---|---|---|---|---|---|
| Beat | Rpt Dist | Type: | | | Seq: 1 |

| Attempt | Occurred | Date | Time | Day |
|---|---|---|---|---|
| | On or From | 07/10/2018 | | Tue |
| | To | 07/10/2018 | | Tue |
| | Reported | 07/10/2018 | 19:27 | Tue |

Location of Incident **621 MORTON RANKIN COUNTY RD, FOREST, MS**

Cross Street

County **01**

| Dispo | "V" = Victim | "RP" = Reporting Party | "W" = Witness | "S" = Suspect | "O" = Other | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **S** | Last, First, Middle (Firm if Business) **MUSGROVE, MIRANDA BROOKE** | Race **W** | Sex **F** | Age | HT **0** | WT **0** | Hair | Eyes | Home Phone **(601)** |
| | Address **206 PROVONCE PARK** | DOB | DL Number | | | | State **MS** | | Work Phone **(601)** |
| | City, State, Zip Code **BRANDON MS 39042** | SSN | Local ID # | State # | FBI # | | Cell Phone **0** |
| **V** | Last, First, Middle (Firm if Business) **ADCOCK, ADDYALYNE** | Race **W** | Sex **F** | Age **4** | HT **0** | WT **0** | Hair | Eyes | Home Phone **(601)** |
| | Address | DOB | DL Number | | | | State **MS** | | Work Phone **(601)** |
| | City, State, Zip Code **FOREST MS 39074** | SSN | Local ID # | State # | FBI # | | Cell Phone **(601)** |
| **W** | Last, First, Middle (Firm if Business) **LASITER, CINDY** | Race **W** | Sex **F** | Age | HT **0** | WT | Hair | Eyes | Home Phone **(601)** |
| | Address **671 MORTON RANKIN COUNTY LINE RD** | DOB | DL Number | | | | State **MS** | | Work Phone **(601)** |
| | City, State, Zip Code **FOREST MS 39074** | SSN | Local ID # | State # | FBI # | | Cell Phone **0** |
| **W** | Last, First, Middle (Firm if Business) **JONES, CHARLES** | Race | Sex **M** | Age **60** | HT **0** | WT **0** | Hair | Eyes | Home Phone **(601)** |
| | Address **621 MORTON MARATHON RD** | DOB | DL Number | | | | State **MS** | | Work Phone **(601)** |
| | City, State, Zip Code **MORTON MS 39117** | SSN | Local ID # | State # | FBI # | | Cell Phone **0** |

Synopsis:

| S O L V A B I L I T Y | N N N N N N N N N N N N |
|---|---|

| Continuation Attached | [X] | Property List Attached | [ ] | Property Damage $ : | $0.00 |
|---|---|---|---|---|---|
| UCR: 22 | | Press Release | [ ] | Domestic Violence Case : | [ ] |
| Gang Related : N | | Hate Crime | [ ] | Victim Senior Citizen : | [ ] |
| Pursuit : [ ] | | Force Used : [ ] | | Child Abuse : | [ ] |
| Solvability Points | 0 | County Code | 01 | Disposition : | |
| | | | | Connecting Case # | |
| | | | | OAB/SFS Event # | |

Assigned To : _____   Date : _____

Officer ID : **Zack Holland**   1064

Reviewed By : _____   Approved By : _____   Date : _____

EXHIBIT D - HOLLAND INCIDENT REPORT

**EXHIBIT I**

# SCOTT COUNTY SHERIFF
## SHERIFF MIKE LEE

| | |
|---|---|
| Page | **2** |

| Case No. | **18001722** | |
|---|---|---|
| Type: | | Seq: **1** |

| Attempt ☐ | **Continuation Report** |
|---|---|

**Crime / Incident (Primary)**
**67-3-13SA  Alcohol Poss Small Amnt w/Other Charge**

| Dispo | "V" = Victim  "RP" = Reporting Party  "W" = Witness  "S" = Suspect  "O" = Other | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| | **Last, First, Middle (Firm if Business)** | | | | | | | | (601) |
| W | MATHEWS, SHELIA | W | F | 53 | 0 | 0 | | | |
| | **Address** | DOB | | DL Number | | | | State MS | Work Phone (601) |
| | 621 MORTON RANKIN COUNTY RD | | | | | | | | |
| | **City, State, Zip Code** | SSN | | Local ID # | State # | FBI # | | | Cell Phone 0 |
| | MORTON  MS  39117 | | | | | | | | |
| | **Last, First, Middle (Firm if Business)** | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone (601) |
| W | LASITER, JASON | W | M | | 0 | 0 | | | |
| | **Address** | DOB | | DL Number | | | | State MS | Work Phone (601) |
| | 671 MORTON RANKIN COUNTY LINE RD | | | | | | | | |
| | **City, State, Zip Code** | SSN | | Local ID # | State # | FBI # | | | Cell Phone 0 |
| | FOREST  MS  39074 | | | | | | | | |
| | **Last, First, Middle (Firm if Business)** | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone (601) |
| O | EVANS, JUDY | W | F | | 0 | 0 | | | |
| | **Address** | DOB | | DL Number | | | | State MS | Work Phone (601) |
| | 206 PROVINCE PARK | | | | | | | | |
| | **City, State, Zip Code** | SSN | | Local ID # | State # | FBI # | | | Cell Phone (601) 502-3598 |
| | BRANDON  MS  39042 | | | | | | | | |
| | **Last, First, Middle (Firm if Business)** | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
| | | | | | | | | | |
| | **Address** | DOB | | DL Number | | | | State | Work Phone |
| | | | | | | | | | |
| | **City, State, Zip Code** | SSN | | Local ID # | State # | FBI # | | | Cell Phone |
| | | | | | | | | | |
| | **Last, First, Middle (Firm if Business)** | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
| | | | | | | | | | |
| | **Address** | DOB | | DL Number | | | | State | Work Phone |
| | | | | | | | | | |
| | **City, State, Zip Code** | SSN | | Local ID # | State # | FBI # | | | Cell Phone |
| | | | | | | | | | |
| | **Last, First, Middle (Firm if Business)** | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
| | | | | | | | | | |
| | **Address** | DOB | | DL Number | | | | State | Work Phone |
| | | | | | | | | | |
| | **City, State, Zip Code** | SSN | | Local ID # | State # | FBI # | | | Cell Phone |
| | | | | | | | | | |
| | **Last, First, Middle (Firm if Business)** | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
| | | | | | | | | | |
| | **Address** | DOB | | DL Number | | | | State | Work Phone |
| | | | | | | | | | |
| | **City, State, Zip Code** | SSN | | Local ID # | State # | FBI # | | | Cell Phone |
| | | | | | | | | | |

| | | Reviewed By : | Approved : | Date : |
|---|---|---|---|---|
| Officer ID : **Zack Holland** | 1064 | | | |

EXHIBIT D - HOLLAND INCIDENT   DEF 9

**EXHIBIT I**

| SCOTT COUNTY SHERIFF | Page | 3 | Case No. 18001722 | |
| SHERIFF MIKE LEE | | | Type: | Seq: 1 |
| Crime / Incident (Primary) | | Attempt ☐ | Narrative Report | |
| 67-3-13SA   Alcohol Poss Small Amnt w/Other Charge | | | | |

On July 10, 2018 at approximately 7:27 pm I, Deputy Zack Holland responded to a call from dispatch to 671 Morton-Rankin County Road. The caller, Jason Lasiter advised that a female subject who had a baby in her arms came to his property and stated she needed a deputy. Mr. Lasiter advised dispatch that the female was not making sense but stated that someone at 621 Morton-Rankin County Line was trying to hurt her baby. Mr. Laister advised he attempted to keep the female subject and child at his residence until deputies arrived but she insisted on going to the residence where the disturbance was.

At approximately 7:38 pm I arrived on scene and observed a woman with a small child in her arms standing in the road way near 671 Morton-Rankin County Road. I also noticed another female subject standing near the woman with the baby in her arms. Once I got closer to the scene I noticed the two females appeared to be shouting at each other and the confrontation appeared it was about to become physical. The callers were standing at the end of the drive way pointing at the female subjects. I pulled my patrol car just short of where the female subjects were standing and exited and ordered them to step back. I advised the female who was later identifed as Shelia Mathews to stand in front of my patrol car. She was still angry and began to shout at me at which point I gave her the loud verbal command to shut her mouth in which she intially complied. I had the female subject who was identified as Miranda Brooke Musgrove and her four year old child step behind my patrol car in attempt seperate them and calm them down.

I immediately noticed that Musgrove had white foam coming from both sides of her mouth. She was waving her arms in an extremley uncontrolled frantic manor. I asked her what was going on and she started making statements that did not make sense to me. As I was speaking to Musgrove Mathews began shouting and her again at which time I again ordered her to shut her mouth. I began trying to speak with Musgrove again when Mathews began to shout again, I approached Mathews and placed her handcuffs and placed her in the back seat of my patrol car to maintain the peace. Once Mathews was secured in the patrol car I again behan to speak with Musgrove. While spekaing with her she began to state that she seen a male subject by the name of Charles Jones smoking a meth pipe and that she took it and broke it. She then started stating that "they were setting her up". I asked her to explain in detail in which she lost complete focus and began to point at a female subject located in the callers yard and stated she was going beat her up. I stepped in front of her and advised her she was not going to assult any one.

It appeared that Musgrove was under the influence of of some type of controlled substance. The 4 year old child who was Identified as Addyalyne Adcox was scared by her mothers behavoir and was telling her mom to stop. I advised Deputy Coty May the scene was secure but to come to my location. I feared for the child's safety and well being due to her mothers eratic and uncontrollable behavoir. I began to speak to the child in attempt to calm her down. I reached for the child and child reached toward me at which point I took control of her and assured her it was going to be ok. I placed her on the trunk of my patrol car and began to speak with Musgrove again. At this point I was insured she was not in her right mind set and advised dispatch to send and ambulance to my location to evaluate her status. Shortly after for calling for medical assitance Deputy Coty May arrived on scene to assist. At approximately 8:02 pm Life Care 402 arrived on scene to evaluate Musgrove. They attempted to speak with Musgrove about any use of narcolcs in which she was uncompliant. All She would state was that she had anxiety. Lifecare offered to take Musgrove the hopital but she refused on more than one occasion to go. One of

| Officer ID: Zack Holland | 1064 | Reviewed By: | Approved: | Date: |

EXHIBIT D - HOLLAND INCID

EXHIBIT I

| SCOTT COUNTY SHERIFF | | Page | 4 | Case No. | 18001722 | | |
|---|---|---|---|---|---|---|---|
| SHERIFF MIKE LEE | | | | Type: | | Seq: | 1 |
| Crime / Incident (Primary) | | Attempt ☐ | | | | | |
| 67-3-13SA  Alcohol Poss Small Amnt w/Other Charge | | | | | Narrative Report | | |

the Life Staff asked if we were going tot take her into custody in which I stated yes. Life Care had me sign the refusal being she was in our custody for public intoxication, disorderly conduct and child endangerment.

Due to Musgroves eratic and aggresive behavoir I placed her in hand cuffs. Myself along with Deputy May began to speak with Musgrove on any one that could come get her daughter due to the fact she was going to jail. She was very uncooperative at which time Deputy May began to speak with Shelia mathews and if she knew any of Musgrove's family. She advised that Mirnada lived with her great grand mother at 206 Provonce Park located in the city of Brandon. Deputy May was able to make contact with the great grand mother Judy Evans and advise her of the situtation. She was advised to meet us at the intersection of Highway 80 and Morton Rankin County Line Road to take custody of the child.

Musgrove was placed in the back of the patrol car and began yelling and attempting to assault Mathews. Mathews was removed from the patrol car and removed from her handcuffs. I began to speak with Mathews and she advised they had been smoking methamphetamine prior to this situation. I obtained Mathew's information and she was relased from the scene. At approximately 9:01 pm I began to transport Musgrove along with her 4 year old the intersection of Highway 80 and Morton-Rankin County Road to meet Ms. Evans and allow her to take possession of the child. While waiting for the grand mother the child was sitting in the front seat of my patrol car. Musgrove was steadily yelling cussing and on several occasions kicking the back glass of my patrol car. She appeared to be upset the child was not upset and began yelling at the child to tell us what was wrong. I advised her on several occasions that child was fine. At one point I exited the patrol car and advised told Musgrove to quit kicking my patrol car. I observed her laying across the back seat mumbling things. At approximately 9:53 pm Miss. Evans arrived and took possession of the child. Once the child was relased to Ms. Evans I began to transport Musgrove to the Scott County Detention Center followed by Deputy May. At approximately 10:13 pm we arrived at the detention center to turn over custody of musgrove. Once I exited my patrol car I opened my back door and noticed Musgrove was laid acrossback seat. Clearly breathing but unresponsive to our verbal commands. We had female jail staff come outside and assist us with removing her from the car. Once she ws removed from the car it appeared she was foaming from the mouth. Deputy May advised dispatch to send as ambulance.

At approximately 10:27 pm Life Care 902 arrived at the detention center. Shortly after their arrival they discovered she was not breathing. Life Care personal immediately started CPR. Myself along with Deputy May escorted the ambulance full code to Lackey Memorial Hospital. Deputy May made contact with investigators and advised them of the situation. A short time later investiagtors arrived on scene. see supplemental reports for additional information.

| Officer ID :  Zack Holland | 1064 | Reviewed By : | Approved : | Date : |
|---|---|---|---|---|

EXHIBIT D - HOLLAND INCID

EXHIBIT I