# In The Matter Of:
*S.R., a Minor Child v*
*Scott County, Mississippi, et al.*

*Judith Evans*
*November 6, 2020*





*Min-U-Script® with Word Index*

**EXHIBIT J**

Page 49

1  A  Not that I remember.
2  Q  Did he ever ask you to take custody of
3  Miranda?
4  A  No.
5  Q  Okay. Did you ever go talk to Miranda?
6  A  No, I didn't.
7  Q  Why not?
8  A  Well, because her mother was over there
9  by the car. I was keeping A.A. over by me.
10  Q  So you couldn't go over there with
11  A.A.?
12  A  Well, I mean, I guess I could have
13  but... I mean, her mother was taking care of
14  whatever she had to do.
15  Q  Did he inform you that Miranda was on
16  drugs?
17  A  No.
18  Q  Okay. Did he say anything about Sheila
19  Matthews at the time?
20  A  No.
21  Q  So he didn't say anything else to you
22  besides he was letting A.A. play on his phone?
23  A  Yes, that's it.
24  Q  And you didn't speak with Miranda at
25  that time period?

Page 50

1  A  She was laying down in the back seat of
2  a police car.
3  Q  You saw her do that?
4  A  Yeah, she was laying down. I could see
5  that far.
6  Q  Okay.
7  A  And her daughter had told me she passed
8  out in the car.
9  Q  Her daughter said that?
10  A  A.A. when she was there.
11  Q  What else did A.A. say?
12  A  She said they had handcuffs on my mama,
13  and then she just fell back dead.
14  Q  A.A. said that?
15  A  Yes, she did. She'll tell me that to
16  this day still.
17  Q  I mean, is that something that she says
18  because she said it a bunch?
19  A  No. She just -- she knows a lot. She
20  comes up with a lot of things about what happened
21  that night.
22  Q  I have a four-year-old, too, so I
23  understand.
24  A  Yes.
25  Q  So how far back were you from the car

Page 51

1  where Miranda was?
2  A  Probably from here to that deer or
3  moose. Probably from here to there. I'm
4  pointing. I'm sorry.
5     MR. KILPATRICK: That's about --
6  A  Fifteen feet?
7     MR. KILPATRICK: Yeah, pretty good
8     estimate actually.
9  BY MS. SMITH:
10  Q  Fifteen feet. Okay. I'm pretty bad at
11  that. Fifteen feet from where the car where
12  Miranda was?
13  A  Yes.
14  Q  But you said you could see her in the
15  back?
16  A  You could see a head but just like the
17  very -- I assume it was a head. The whole car
18  was black. There were no lights on in the car.
19  There was no street lights.
20  Q  You say you saw a head and she was
21  laying down on the seat?
22  A  She was laying on the seat because her
23  mother told me that.
24  Q  Like was she sitting up?
25  A  No.

Page 52

1  Q  Okay. But she was laying across the
2  seat, back seat?
3  A  Yes, yes.
4  Q  So what happened after he told you
5  about A.A.? He said, I've let A.A. look at my
6  phone. What happened after that?
7  A  Well, I put A.A. in the car.
8  Q  Okay. Did you get the booster seat?
9  A  I have a booster seat. They didn't
10  have one.
11  Q  They didn't have a booster seat?
12  A  I never saw one.
13  Q  They didn't put the booster seat in
14  your car, you already had one. Is that what
15  you're saying?
16  A  Uh-huh.
17     MR. WAIDE: Yes? Is that a yes?
18  A  Yes, yes.
19  BY MS. SMITH:
20  Q  Okay. So what happened after that?
21  A  I put A.A. in the car and waited for
22  Kelley to come and get in the car.
23  Q  Did Kelley say anything to you?
24  A  She went over to talk to Brooke. She
25  asked the policeman if she could talk to Brooke.