# In The Matter Of:

*S.R., a Minor Child v*
*Scott County, Mississippi, et al.*

*Kelley Musgrove*
*November 6, 2020*



AW Reporting
Realtime Court Reporters
601-573-0961
amanda@awreporting.net

EXHIBIT K

*Min-U-Script® with Word Index*

**EXHIBIT K**

1 upset. She just was. I mean, I guess she was
2 upset because -- you know, I don't know. I mean,
3 she thought -- I don't know why she was upset.
4 You would have to ask her that. I don't know. I
5 mean, I guess the police called and said come
6 pick up A.A., you know, I mean... But, yeah, she
7 was upset. I mean...
8   Q   Did she tell you anything about Brooke
9 at that point?
10  A   She told me the police said that Brooke
11 -- she told me the police said that Brooke -- I
12 don't want to say -- I want to make sure I say
13 the right thing that I remember. Was on drugs
14 basically she told me. And that she was
15 hollering and screaming and trying to kick out
16 the windows of their car.
17  Q   Did she hear anything in the background
18 or did she mention that she heard Brooke
19 hollering and screaming in the background?
20  A   She didn't say she heard Brooke
21 hollering and screaming.
22  Q   Okay. So when you got to where the
23 deputies were, the meeting place, what happened
24 next?
25  A   Okay. Well, first of all, we couldn't

1 hardly find them because these streets had no
2 lights at all and it was pitch black, and we were
3 just driving down that street. And finally I saw
4 like a little red light and I told her, I said, I
5 think that might be them. She didn't think it
6 was because you could barely see them. It was
7 just a little red light. But anyway, as we got
8 closer, it was them. I mean, we saw it was them
9 and we pulled up.
10  Q   Did you speak to any of the deputies?
11  A   Yes, I did.
12  Q   Okay. Do you know which one?
13  A   Okay. I talked to -- let me make sure
14 I have this right. Now I'm getting confused for
15 a second. I know I talked to Cody May.
16  Q   Cody May. What did he say to you?
17  A   Okay. We pulled up and I noticed that
18 Brooke wasn't sitting -- you know, when someone
19 is in a police car you will see them, you know,
20 sitting there, the back of their heads or
21 whatever. What was your question? I don't want
22 to answer you wrong. I'm trying to --
23  Q   What did Cody say to you?
24  A   I mean, I asked him could I -- we drove
25 up and I didn't see Brooke's head. And I asked

1 him -- we started getting out of the car. And
2 then I'm trying to remember where he came from.
3 I don't remember where he came from but he was
4 just there. And I asked him where Brooke was or
5 something like that. I can't remember the exact
6 words. But anyway, she was in the police car and
7 I asked him could I check on her and he said I
8 could.
9       So, you know, I started walking towards
10 the car. My mom started walking towards the
11 other car where A.A. was. I didn't see Brooke.
12 And they had the window rolled down, like, I
13 don't know how much, like that much, however much
14 that is. The car was cut off. I didn't think I
15 was supposed to touch the police car or anything
16 like that, but I was kind of, like, leaning, you
17 know, saying her name and she didn't answer me.
18      The next thing I know, like, he was
19 beside me at the car, because, I mean, I know her
20 from the past when she -- you know, she wasn't
21 saying anything so I asked him was she okay. And
22 he told me she was, because I was worried because
23 she wasn't responding to me. And I asked him was
24 she okay and he said she was. And I asked him,
25 you know, I said, Are you sure she's okay,

1 because, you know, in the past when, you know,
2 she's done things like this -- I don't remember
3 exactly what I said. But anyway, he told me that
4 she was okay. He said she had been checked out
5 by the ambulance already and that she was fine.
6 He told me everything we say is being recorded
7 and he tapped on his chest. And he said she was
8 fine, she had been checked out. And he said when
9 they get to the jail the nurse will check her
10 again and if she's okay -- you know, if she's not
11 fine then that they would send her to the
12 hospital.
13     And then he started talking about drugs
14 and asking me about her and drugs. And I
15 remember just -- I wanted -- I was thinking she
16 could hear us for some reason and it's, like, I
17 wanted to get away from the car because I didn't
18 want to talk to him about drugs and her hear me
19 talking to the police about drugs.
20     And then I walked towards where my mom
21 and them were. And then that policeman, Zac
22 Holland, he started saying things like Sheila
23 told him that they had been doing crystal meth
24 and stuff like that. And I mean, I think I told
25 him, you know -- it's kind of like he was mean.