

# United States Court of Appeals
## for the Fifth Circuit

Certified as a true copy and issued
as the mandate on May 08, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 14, 2023

Lyle W. Cayce
Clerk

No. 22-60124

S. R., *a minor child by and through his guardian Kelley Musgrove and as Wrongful Death Beneficiaries and as survivors of Miranda Musgrove*; A. A., *a minor child by and through her guardian Judy Evans and as Wrongful Death Beneficiaries and as survivors of Miranda Musgrove*,

*Plaintiffs—Appellants*,

*versus*

Scott County, Mississippi; Zac Holland; Deputy Sheriff Cody May; John Does 1-5,

*Defendants—Appellees*.

___

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:19-CV-737

___

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 22-60124

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Case: 23-60124 Document: 00516741168 Page: 2 Date Filed: 05/08/2023