# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 08, 2023

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 22-60124    R. v. Scott County, Mississippi
                             USDC No. 3:19-CV-737

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

( ) Volumes    ( 1 ) Envelope    ( ) Boxes

Sincerely,

LYLE W. CAYCE, Clerk

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Mr. William Robert Allen
    Mr. Daniel J. Griffith
    Ms. Jamie Ferguson Lee
    Ms. Katelyn Riley
    Mrs. Christina J. Smith
    Mr. Daniel Myers Waide